UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **LYNDA ALMA SIDES,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 5:13-cv-01815-CLS-TMP |
| ) | |
| **JACK C. RILEY, and** ) | |
| **THE ATTORNEY GENERAL** ) | |
| **OF THE STATE OF ALABAMA,** ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM OPINION

The magistrate judge filed his Report and Recommendation (doc. no. 12) in the above-styled cause on June 3, 2014, recommending that the § 2254 petition for writ of *habeas corpus* challenging the constitutional validity of Petitioner's conviction be dismissed without prejudice because the court is without jurisdiction to adjudicate petitioner's claims. No objections to the report and recommendation were filed by either party.

Having now carefully reviewed and considered *de novo* all materials in the court file relevant to the case, the court finds that the report is due to be, and it hereby is, ADOPTED, and the recommendation ACCEPTED. A separate final judgment will be entered.

DONE and ORDERED this 23rd day of June, 2014.

_____
United States District Judge